## TUSING v. CONNOR.

No. 5141.   Opinion Filed September 28, 1915.

(151 Pac. 1197.)

*Error from County Court, Blaine County;*
*G. W. Ferguson, Judge.*

Action by A. B. Tusing against Otis Connor. From the judgment, Tusing brings error. Dismissed.

*C. F. Dyer,* for plaintiff in error.

Opinion by MATHEWS, C.   No brief having been filed in this case by the plaintiff in error, the appeal will be deemed abandoned, and the appeal, for this reason, should be dismissed.

By the Court:   It is so ordered.